# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| RAYMOND D. BUSHNER, | : | Case No. 2:24-cv-1861 |
| | : | |
| Plaintiff, | : | |
| | : | District Judge Douglas R. Cole |
| vs. | : | Magistrate Judge Peter B. Silvain, Jr. |
| | : | |
| INVESTIGATOR ERIC KERNER, *et al.*, | : | |
| | : | |
| Defendants. | : | |
| | : | |

# ORDER

In light of the serious allegations set forth in Plaintiff's Motion for Temporary Restraining Order (Doc. #22), Defendants' response to said Motion shall be filed on or before **September 24, 2025**.

**IT IS SO ORDERED.**


September 22, 2025

s/*Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge