**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**RAYMOND D. BUSHNER,**

      **Plaintiff,**

                               **Case No. 2:24-cv-1861**

      **v.**

                               **JUDGE DOUGLAS R. COLE**

**ERIC KERNER, et al.,**                **Magistrate Judge Silvain**

      **Defendants.**

## <u>ORDER</u>

On September 18, 2025, Plaintiff Raymond D. Bushner moved for a Temporary Restraining Order, requesting the Court issue an Institutional Separation Order to separate Bushner from another inmate, Anthony Cunningham. (Doc. 22). On September 24, Defendants responded that the Ohio Department of Rehabilitation and Correction (ODRC) had already issued an Institutional Separation Order, rendering the matter moot (at least in their view). (Doc. 25, #259; Doc. 25-1, #262–63 (Gray declaration), 264 (order)). Specifically, Bushner remains at Warren Correctional Institution, but ODRC transferred Cunningham to Mansfield Correctional Institution. (Doc. 25, #259; Doc. 25-1, #264). Bushner did not reply. So on October 21, 2025, Magistrate Judge Silvain issued a Report and Recommendation, agreeing with ODRC that the Court should deny Bushner's motion as moot. (R&R, Doc. 26, #276). The Magistrate Judge informed Bushner that he had fourteen days in which to object to the R&R, (*id.* at #277), but Bushner did not do so.

The Court agrees with the Magistrate Judge that Bushner's Motion for a Temporary Restraining Order (Doc. 22) is moot. ODRC has already granted the very

relief Bushner requested in his motion, (Doc. 25-1, #264), so there is no additional relief for the Court to provide. Particularly given that Bushner did not reply to Defendants or object to the R&R, the Court finds that the Magistrate Judge did not err in recommending that the Court deny the motion as moot. *See Redmon v. Noel*, No. 1:21-cv-445, 2021 WL 4771259, at *1 (S.D. Ohio Oct. 13, 2021) (reviewing unobjected R&R for clear error).

Accordingly, the Court **ADOPTS** the R&R (Doc. 26) and **DENIES AS MOOT** Bushner's Motion for a Temporary Restraining Order (Doc. 22).

**SO ORDERED.**

April 27, 2026
 **DATE**

DOUGLAS R. COLE
UNITED STATES DISTRICT JUDGE

2