**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION AT COLUMBUS**

| | | |
|---|---|---|
| RAYMOND D. BUSHNER, | : | Case No. 2:24-cv-1861 |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | District Judge Douglas R. Cole |
| | : | Magistrate Judge Peter B. Silvain, Jr. |
| | : | |
| INVESTIGATOR ERIC KERNER, *et al.*, | : | |
| | : | |
| Defendants. | : | |
| | : | |

---

### CALENDAR ORDER

---

This matter shall proceed as follows:

1.  Discovery Deadline:              **December 8, 2026**

2.  Dispositive Motion Deadline:     **January 8, 2027**

Final pretrial conference and trial dates shall be set if necessary after all dispositive motions have been ruled on.

**IT IS SO ORDERED.**

June 8, 2026

                                                 *s/Peter B. Silvain, Jr.*
                                                 Peter B. Silvain, Jr.
                                                 United States Magistrate Judge